UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOFER JEWETT, | No. 2:18-cv-2501-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| J. LIZARRAGA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of mandamus requiring that Warden Lizarraga place plaintiff on parole rather than probation.[1] ECF No. 1. In a mandamus action, the court can only issue orders against employees, officers or agencies *of the United States*. *See* 28 U.S.C. § 1361. Thus, this court cannot issue a writ of mandamus commanding the warden of a state prison to act in accordance with petitioner's requests. *See Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991); *Clark v. Washington*, 366 F.2d 678, 681-82 (9th Cir. 1966). Therefore, the court cannot grant petitioner the relief he requests. If petitioner contends that he is in custody in violation of the Constitution or laws or treaties of the United States, he may commence a new action by filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

---

[1] Petitioner also requests leave to proceed in forma pauperis. ECF No. 8. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. *See* 28 U.S.C. § 1915(a).

Accordingly, it is hereby ORDERED that:

1. Petitioner's application for leave to proceed in forma paupers (ECF No. 8) is granted.

2. The Clerk of the Court randomly assign a United States District Judge to this action.

Further, it is hereby RECOMMENDED that:

1. The petition for a writ of mandamus be dismissed for lack of jurisdiction, without prejudice to filing an application for a writ of habeas corpus in a new action; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 18, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE